United States District Court
Southern District of Texas
**ENTERED**
March 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| YOLANDO MONTALVO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:20-cv-00187 |
| DANNY HERMAN TRUCKING, INC; § | |
| et al. § | |
| § | |
| Defendants. § | |
| § | |

# **ORDER**

The Court now considers the parties' "Joint Notice of Settlement and Joint Motion to Dismiss with Prejudice."[1] In reviewing the document submitted, the Court notes several errors, including the improper characterization of the document. Most notably, the parties address the filing to "The Honorable Ricardo H. Hinojosa," though their case is before Judge Micaela Alvarez.[2] Furthermore, the parties characterize the document as a "motion to dismiss."[3] Under Federal Rule of Civil Procedure (Rule) 41(a)(1), a "plaintiff may dismiss an action without a court order by filing: . . . a *stipulation* of dismissal signed by all parties who have appeared."[4] As all parties are in agreement and signed the joint filing,[5] the proper characterization of the parties' filing is a "stipulation of dismissal" not a "motion to dismiss." The Court admonishes the parties for their pervasive inattention to detail in this filing and encourages counsel to review the procedural rules of this Court. Nonetheless, the Court considers the parties' filing.

---

[1] Dkt. No. 19.
[2] *Id.* at 1.
[3] *Id.*
[4] Fed. R. Civ. P. 41(a)(1)(A)(ii) (emphasis added).
[5] Dkt. No. 19.

In their motion, the parties provide that they "agreed on a settlement and move that any and all claims against Defendants Ronald (misnamed "Roland") Jeffery Hudgins, Danny Herman Trucking, Inc. aka DHT Leasing, LLC's[sic] be dismissed with prejudice."[6] Because the parties filed their request as a motion, the Court analyzes it under Rule 41(a)(2), which provides "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." In light of the parties' representations and because the motion is signed by all parties, the Court finds dismissal proper and **GRANTS** the parties' motion.[7] Plaintiff's claims against Defendants are **dismissed with prejudice**. All deadlines and conferences in this case are **CANCELLED**. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 11th day of March 2021.

_____
Micaela Alvarez
United States District Judge

---

[6] *Id.* at 1.
[7] *Id.*